MICHAEL F. GIBBONS, Appellant, v. LESTER SAMUELS et al., Respondents.— In this action against a surgeon and a radiologist for damages as a consequence of fraud and against the surgeon for malpractice, plaintiff appeals from an order denying (1) his cross motion to disaffirm the Official Referee's report which determined that the failure of defendants to produce a certain X-ray plate upon their examination before trial was not willful and deliberate, and (2) his prior motion to strike out certain denials contained in defendants' answer because of their alleged willful failure to produce said X-ray plate and the radiologist's written report to the surgeon based thereon. Order affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ., concur.

CHAUNCEY B. GRIFFEN, Respondent, v. SUNNYBROOK REALTY Co., INC., Appellant.— In an action to recover broker's commissions for the lease of real property, the defendant appeals from a judgment of the County Court, Westchester County, insofar as it is in favor of the plaintiff. Judgment insofar as appealed from unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See 285 App. Div. 813.]

In the Matter of the Accounting of DAVID BERKE et al., as Executors of WOLF BERKOWITZ, Deceased, Appellants. CELIA SHIPMAN, also Known as CELIA BERKE, as Executrix of MORRIS BERKE, Deceased, Respondent.— Order of the Surrogate's Court, Kings County, allowing a claim by respondent against the decedent's estate, and directing payment of the claim, with interest, unanimously affirmed, with costs, payable out of appellants' estate. No opinion. Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. [See 285 App. Div. 813.]